Hanna Bechtel, appellee, v. Jeff Rocke et al., appellees. William E. Gibson, appellant. Byron L. Colburn and Farmers State Bank of Eureka, cross appellants. Gen. No. 9,136.

Opinion filed January 18, 1937.
George Jochem, for appellant. George W. Hunt and W. H. Foster, for cross appellants. Richard H. Radley and Ren Thurman, for appellees.
Mr. Justice Dove delivered the opinion of the court.